IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, | * |
| | * |
| Plaintiff, | Case No. 1:23-CV-88(LAG) |
| v. | * |
| JOEY LYNN MCMILLAN, SHEILA MCMILLAN, JESSICA THOMPSON, & PROGRESSIVE MOUNTAIN INSURANCE COMPANY, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 27, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 27th day of September, 2024.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk